IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VICIDIEM, INC., a Utah corporation, and CRAIG HUTCHINSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL CHRISTENSEN, an individual, and FIBERWAVE TECHNOLOGIES, LLC, a Utah limited liability company; DEAN NORTH, an individual; STEVEN TWEEDIE, an individual; JOHN DOES I – X, and DOE CORPORATIONS I – X.<br><br>Defendants. | **ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND SCHEDULING HEARING FOR PRELIMINARY INJUNCTION**<br><br>Case No. 2:19-cv-00358-DB<br><br>District Judge Dee Benson |

Before the Court is Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction. The court finds that Plaintiffs have failed to meet the requirements for a temporary restraining order under Federal Rule of Civil Procedure 65(b). Accordingly, Plaintiffs' ex parte Application for Temporary Restraining Order is hereby DENIED.

In addition, the court instructs counsel as follows:

**A. Preliminary Injunction Hearing**

DUCivR 7-1 provides that motions filed pursuant to Rule 65 of the Federal Rules of Civil Procedure must be opposed within 14 days after service of the motion or within such time as allowed by the court. Under this rule, Defendants must oppose Plaintiffs' motion for preliminary injunction by November 12, 2019. The court also exercises its discretion under DUCivR 7-1 to order that Plaintiffs file any reply memorandum to Defendants' opposition to the motion by November 18, 2019. A hearing to determine Plaintiffs' motion for preliminary injunction will subsequently be held on Wednesday, November 20, 2019.

**B. Proposed Injunction**

Plaintiffs shall file a proposed Injunction for the court that complies with Rule 65(d) of the Federal Rules of Civil Procedure and states the reasons for issuance of the order, its specific terms, a description of the act or acts restrained or required, and the persons bound by the order. This proposed Injunction must be filed by November 18, 2019.

DATED this 30th day of October, 2019.

BY THE COURT:

______________________________

Dee Benson
United States District Judge