CHRISTENSEN & JENSEN, P.C.
Roger P. Christensen, 0648
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: 801-323-5000
Facsimile: 801-355-3472
roger.christensen@chrisjen.com
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| VICIDIEM, INC. a Utah Corporation, and CRAIG HUTCHINSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL CHRISTENSEN, an individual; FIBERWAVE TECHNOLOGIES, LLC, a Utah limited liability company; DEAN NORTH, an individual; STEVEN TWEEDIE, an individual; JOHN DOES I-X, and Doe Corporations I-X,<br><br>Defendants.<br><br>PAUL CHRISTENSEN, an individual,<br><br>Counterclaimant<br><br>vs.<br><br>VICIDIEM, INC., CRAIG HUTCHINSON,<br><br>Counter-Defendants | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:19-cv-00358 DBB-DBP<br><br>Judge David B. Barlow<br>Magistrate Judge Dustin B. Pead |

PLEASE TAKE NOTICE that the Parties to this case have reached a tentative settlement and are in the process of working out the details. The undersigned Parties, Vicidiem and Defendants, request that all pending dates and filing deadlines be tolled until a settlement can be confirmed.

DATED this 6th day of August, 2021.

CHRISTENSEN & JENSEN, P.C.

*/s/ Roger P. Christensen*
Roger P. Christensen
*Attorney for Defendants*

DATED this 6th day of August, 2021.

DENTONS DURHAM JONES PINEGAR PC

*/s/ Matthew J. Orme*
Richard M. Hyma
Matthew J. Orme *(signed with permission)*
Cole P. Crowther
*Attorneys for Vicidiem, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed with the court's electronic filing system which sent notification to the following:

Richard M. Hyma
Matthew J. Orme
Cole P. Crowther
DENTONS DURHAM JONES PINEGAR PC
111 South Main Street, Suite 2400
PO Box 4050
Salt Lake City, Utah 84110-4050
rick.hymas@dentons.com
matt.orme@dentons.com
cole.crowther@dentons.com
*Attorneys for Vicidiem, Inc.*

Blake D. Miller
Jared D. Scott
Jacob D. Barney
ANDERSON & KARRENBERG
50 West Broadway, Suite 600
Salt Lake City, Utah 84101-2035
bmiller@aklawfirm.com
jscott@aklawfirm.com
jbarney@aklawfirm.com
*Attorneys for Craig Hutchinson*

*/s/ Anne L. MacLeod*