Richard M. Hymas (1612)
Matthew J. Orme (13323)
Cole P. Crowther (16432)
**DENTONS DURHAM JONES PINEGAR P.C.**
111 S. Main Street, Suite 2400
P.O. Box 4050
Salt Lake City, Utah 84110-4050
Telephone: (801) 415-3000
rick.hymas@dentons.com
matt.orme@dentons.com
cole.crowther@dentons.com

*Attorneys for Vicidiem, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| VICIDIEM, INC. and CRAIG HUTCHINSON,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL CHRISTENSEN; FIBERWAVE TECHNOLOGIES, LLC; DEAN NORTH; and STEVEN TWEEDIE,<br><br>Defendants. | **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:19-cv-00358-DBB-DBP<br><br>Honorable Judge David B. Barlow<br>Magistrate Judge Dustin B. Pead |
| PAUL CHRISTENSEN,<br><br>Counterclaimant,<br><br>v.<br><br>VICIDIEM, INC. and CRAIG HUTCHINSON,<br><br>Counterclaim Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action, through counsel, hereby stipulate to the dismissal with prejudice of all claims, counterclaims, third-party claims, demands, causes of action, and defenses that were or could have been asserted in the action, with the parties to bear their own attorneys' fees and costs incurred herein. Accordingly, the parties request the Court close the above-captioned case.

DATED: October 25, 2021.

**DENTONS DURHAM JONES PINEGAR P.C.**

By: *<u>/s/ Matthew J. Orme</u>*
Richard M. Hymas
Matthew J. Orme
Cole P. Crowther
*Attorneys for Vicidiem, Inc.*

DATED: October 25, 2021

**ANDERSON & KARRENBERG**

By: */s/ Jared D. Scott*
Blake D. Miller
Jared D. Scott
Jacob D. Barney
*Attorneys for Craig Hutchinson (electronic signature affixed with permission via email)*

DATED: October 25, 2021

**CHRISTENSEN & JENSEN, P.C.**

By: */s/ Roger P. Christensen*
Roger P. Christensen
*Attorney for Defendants Paul Christensen, Fiberwave Technologies, LLC, Dean North, and Steven Tweedie (electronic signature affixed with permission via email)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October 2021, a true and correct copy of the foregoing **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** was served via eMail through the Court's EM/ECF service on all counsel of record.

*/s/ Kristin Hughes*